UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 22-1117 |
| JANET COIT, ET AL | SECTION: "I" (5) |

**O R D E R**

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 26th day of April, 2022.

April 26, 2022
REALLOTTED TO
**SECT. J**

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE